UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| In re: § | | Case No. 13-00882-JKC |
| § | | |
| DANNY LEE CLINE § | | |
| CHERYL ANN CLINE § | | |
| § | | |
| Debtors § | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/04/2013. The undersigned trustee was appointed on 02/04/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $3,515.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $65.57 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $258.67 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $3,190.76 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/20/2013 and the deadline for filing government claims was 08/03/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $814.08. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $814.08, for a total compensation of $814.08[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $113.40, for total expenses of $113.40.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/11/2013    By:   /s/ Deborah J. Caruso
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-00882-JKC | Trustee Name: | Deborah J. Caruso |
|---|---|---|---|
| Case Name: | CLINE, DANNY LEE AND CLINE, CHERYL ANN | Date Filed (f) or Converted (c): | 02/04/2013 (f) |
| For the Period Ending: | 12/11/2013 | §341(a) Meeting Date: | 03/12/2013 |
| | | Claims Bar Date: | 06/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Estate and improvements located at 573 Clear Creek Drive, Danville, IN 46122. Debtors own in fee simple, as tenants by the entireties, subject to mortgages in favor of HSBC and AmeriFirst. Home was originally purchased in 2003 for 181,000.00 and was last refinanced in 2006. Home is a 4br, 2.5 bath, 2 car garage, 2 story with vinyl exterior. | $180,000.00 | $0.00 | OA | $0.00 | FA |
| 2 | Real Estate and improvements located at 1313 N. Alton, Indianapolis, IN 46222. Joint Debtor owns in fee simple, subject to a mortgage in favor of GMAC Mortgage. Home was originally purchased in 2000 for $68,000.00 and was last refinanced in 2002. Home is a 3br, 2 bath, 1 car garage, 1 story with basement with vinyl exterior. | $60,000.00 | $0.00 | OA | $0.00 | FA |
| 3 | Cash In Debtor's Possession | $190.00 | $0.00 | OA | $0.00 | FA |
| 4 | IMCU Checking In Debtor's Possession | $165.00 | $0.00 | OA | $0.00 | FA |
| 5 | IMCU Savings In Debtor's Possession | $50.00 | $0.00 | OA | $0.00 | FA |
| 6 | Household goods In Debtor's Possession | $1,000.00 | $0.00 | OA | $0.00 | FA |
| 7 | Clothing In Debtor's Possession | $300.00 | $0.00 | OA | $0.00 | FA |
| 8 | Diamond ring In Debtor's Possession | $100.00 | $0.00 | OA | $0.00 | FA |
| 9 | Glock 45 pistol, in debtor's possession | $450.00 | $0.00 | OA | $0.00 | FA |
| 10 | Employer term life policy no cash value spouse is beneficiary | $0.00 | $0.00 | OA | $0.00 | FA |
| 11 | ING Reliastar term life policy no cash value spouse is beneficiary | $0.00 | $0.00 | OA | $0.00 | FA |
| 12 | ING Reliastar term life policy no cash value spouse is beneficiary | $0.00 | $0.00 | OA | $0.00 | FA |
| 13 | Old Republic term life policy no cash value spouse is beneficiary | $0.00 | $0.00 | OA | $0.00 | FA |

FORM 1

Page No: 2

Case 13-00882-JKC-7A    Doc 33    Filed 12/30/13    EOD 12/30/13 11:14:03    Pg 4 of 13

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-00882-JKC | Trustee Name: | Deborah J. Caruso |
|---|---|---|---|
| Case Name: | CLINE, DANNY LEE AND CLINE, CHERYL ANN | Date Filed (f) or Converted (c): | 02/04/2013 (f) |
| For the Period Ending: | 12/11/2013 | §341(a) Meeting Date: | 03/12/2013 |
| | | Claims Bar Date: | 06/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 14  Old Republic term life policy no cash value spouse is beneficiary | $0.00 | $0.00 | OA | $0.00 | FA |
| 15  Employer 401(k) | $7,271.00 | $0.00 | OA | $0.00 | FA |
| 16  Employer 401(k) | $114,671.00 | $114,671.00 | OA | $0.00 | FA |
| 17  2012 Jeep Wrangler V6 (with 5,000 miles) In Debtor's possession | $30,000.00 | $0.00 | OA | $0.00 | FA |
| 18  2010 Kia Soul (with 15,000 miles) In debtor's possession | $20,000.00 | $0.00 | OA | $0.00 | FA |
| 19  2006 Toyota Scion XB (with 130,000 miles) In debtor's possession | $4,450.00 | $0.00 | OA | $0.00 | FA |
| 20  2003 Chevrolet Corvette (with 82,000 miles) In debtor's possession | $12,700.00 | $0.00 | OA | $0.00 | FA |
| 21  2003 Volkswagon bug owned jointly with daughter | $1,000.00 | $0.00 | OA | $0.00 | FA |
| 22  2003 Chevrolet Blazer owned jointly with son In Debtor's Possession | $800.00 | $0.00 | OA | $0.00 | FA |
| 23  3 dogs In Debtor's Possession | $0.00 | $0.00 | OA | $0.00 | FA |
| 24  2012 federal and state tax refunds  (u) | $0.00 | $3,256.33 | | $3,515.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                        **Gross Value of Remaining Assets**

$433,147.00        $117,927.33                      $3,515.00        $0.00

**Major Activities affecting case closing:**

2012 tax refunds

efiled notice of possible assets

funds to Debtor $258.67

mailed funds to Debtor

Efiled Ommibus Objection to Claims. Response due 12/02/2013

efiled COS re: Order on First Omnibus Objection to Claims

Distributed order accordingly.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2013 | | /s/ DEBORAH J. CARUSO |
| **Current Projected Date Of Final Report (TFR):** | | | DEBORAH J. CARUSO |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-00882-JKC | |
| **Case Name:** | CLINE, DANNY LEE AND CLINE, CHERYL ANN | |
| **Primary Taxpayer ID #:** | **-***6882 | |
| **Co-Debtor Taxpayer ID #:** | **-***6883 | |
| **For Period Beginning:** | 2/4/2013 | |
| **For Period Ending:** | 12/11/2013 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Caruso |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******1745 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/29/2013 | (24) | United State Treasury | Tax refunds | 1224-000 | $3,515.00 | | $3,515.00 |
| 04/12/2013 | 3001 | DANNY CLINE | Exemptions back to Debtor | 8100-002 | | $258.67 | $3,256.33 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.27 | $3,251.06 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.24 | $3,245.82 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.06 | $3,240.76 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $3,230.76 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $3,220.76 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $3,210.76 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $3,200.76 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $3,190.76 |
| | | | **TOTALS:** | | $3,515.00 | $324.24 | $3,190.76 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,515.00 | $324.24 | |
| | | | Less: Payments to debtors | | $0.00 | $258.67 | |
| | | | **Net** | | $3,515.00 | $65.57 | |

| For the period of 2/4/2013 to 12/11/2013 | | For the entire history of the account between 03/29/2013 to 12/11/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,515.00 | Total Compensable Receipts: | $3,515.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,515.00 | Total Comp/Non Comp Receipts: | $3,515.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $65.57 | Total Compensable Disbursements: | $65.57 |
| Total Non-Compensable Disbursements: | $258.67 | Total Non-Compensable Disbursements: | $258.67 |
| Total Comp/Non Comp Disbursements: | $324.24 | Total Comp/Non Comp Disbursements: | $324.24 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 13-00882-JKC-7A   Doc 33   Filed 12/30/13   EOD 12/30/13 11:14:03   Pg 6 of 13

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 13-00882-JKC | | **Trustee Name:** | Deborah J. Caruso |
| **Case Name:** | CLINE, DANNY LEE AND CLINE, CHERYL ANN | | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***6882 | | **Checking Acct #:** | ******1745 |
| **Co-Debtor Taxpayer ID #:** | **-***6883 | | **Account Title:** | |
| **For Period Beginning:** | 2/4/2013 | | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 12/11/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,515.00 | $324.24 | $3,190.76 |

| **For the period of 2/4/2013 to 12/11/2013** | | **For the entire history of the case between 02/04/2013 to 12/11/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $3,515.00 | Total Compensable Receipts: | $3,515.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,515.00 | Total Comp/Non Comp Receipts: | $3,515.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $65.57 | Total Compensable Disbursements: | $65.57 |
| Total Non-Compensable Disbursements: | $258.67 | Total Non-Compensable Disbursements: | $258.67 |
| Total Comp/Non Comp Disbursements: | $324.24 | Total Comp/Non Comp Disbursements: | $324.24 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 13-00882-JKC | | | | | | | Trustee Name: | Deborah J. Caruso |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CLINE, DANNY LEE AND CLINE, CHERYL ANN | | | | | | | Date: | 12/11/2013 |
| Claims Bar Date: | 06/20/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| * 1 | AMERIFIRST HOME IMPROVEMENT FINANCE<br><br>11171 Mill Valley Road<br>Omaha NE 68154 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallow-secured claim, Debtor retaining collateral | | | | | | | | |
| 2 | CAVALRY SPV I, LLC AS ASSIGNEE OF<br><br>HSBC Bank Nevada,NA/Capital One Bank USA, NA<br>PO Box 27288<br>Tempe AZ 85282 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,079.02 | $0.00 | $0.00 | $0.00 | $1,079.02 |
| **Claim Notes:** | (2-1) Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, N.A./Capital One Bank USA, N.A. | | | | | | | | |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,355.17 | $0.00 | $0.00 | $0.00 | $2,355.17 |
| **Claim Notes:** | (3-1) Unsecured Debt | | | | | | | | |
| 4 | WELLS FARGO BANK NA<br><br>PO Box 660041<br>Dallas TX 75266-0041 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $8,603.64 | $0.00 | $0.00 | $0.00 | $8,603.64 |
| **Claim Notes:** | (4-1) unsecured claim | | | | | | | | |
| 5 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $798.10 | $0.00 | $0.00 | $0.00 | $798.10 |
| 6 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE AS AGENT<br>PO Box 71083<br>Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,123.77 | $0.00 | $0.00 | $0.00 | $2,123.77 |

| Case No. | 13-00882-JKC | | | | | | | | Trustee Name: Deborah J. Caruso |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | CLINE, DANNY LEE AND CLINE, CHERYL ANN | | | | | | | | Date: 12/11/2013 |
| Claims Bar Date: | 06/20/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 7 | CAPITAL ONE NA  c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,343.57 | $0.00 | $0.00 | $0.00 | $1,343.57 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR TD Bank, USA PO Box 248866 Oklahoma City OK 73124-8866 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $882.48 | $0.00 | $0.00 | $0.00 | $882.48 |
| 9 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF Chase Bank USA NA POB 29262 New York NY 10087-9262 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,886.74 | $0.00 | $0.00 | $0.00 | $3,886.74 |
| 10 | ECAST SETTLEMENT CORP. Assignee of Capital One, N.A. (Menards) PO Box 7247-6971 Philadelphia PA 19170-6971 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,141.99 | $0.00 | $0.00 | $0.00 | $2,141.99 |
| 11 | ECAST SETTLEMENT CORP. Assignee of Capital One, N.A. (Polaris) { pbpx 7247-6971 Philadelphia PA 19170-6971 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,657.90 | $0.00 | $0.00 | $0.00 | $5,657.90 |
| 12 | GE CAPITAL RETAIL BANK c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,611.57 | $0.00 | $0.00 | $0.00 | $6,611.57 |

| Case No. | 13-00882-JKC | | | | | | | | Trustee Name: Deborah J. Caruso |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | CLINE, DANNY LEE AND CLINE, CHERYL ANN | | | | | | | | Date: 12/11/2013 |
| Claims Bar Date: | 06/20/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 13 | GE CAPITAL RETAIL BANK<br><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,891.99 | $0.00 | $0.00 | $0.00 | $4,891.99 |
| 14 | DEPARATMENT OF EDUCATION<br><br>FedLoan Servicing<br>PO Box 530210<br>Atlanta GA 30353-0210 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $41,687.28 | $0.00 | $0.00 | $0.00 | $41,687.28 |
| 15 | WELLS FARGO FINANCIAL NATIONAL BANK<br><br>PO Box 660431<br>Dallas TX 75266-0431 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $1,896.79 | $0.00 | $0.00 | $0.00 | $1,896.79 |

**Claim Notes:** (15-1) unsecured claim

| | | | | | $83,960.01 | $0.00 | $0.00 | $0.00 | $83,960.01 |
|---|---|---|---|---|---|---|---|---|---|

| Case No. | 13-00882-JKC | Trustee Name: Deborah J. Caruso |
| Case Name: | CLINE, DANNY LEE AND CLINE, CHERYL ANN | Date: 12/11/2013 |
| Claims Bar Date: | 06/20/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $82,063.22 | $82,063.22 | $0.00 | $0.00 | $0.00 | $82,063.22 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $22,463.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured § 726(a)(3) | $1,896.79 | $1,896.79 | $0.00 | $0.00 | $0.00 | $1,896.79 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 13-00882-JKC
Case Name: DANNY LEE CLINE
CHERYL ANN CLINE
Trustee Name: Deborah J. Caruso

|  |  |
|---|---:|
| Balance on hand: | $3,190.76 |

Claims of secured creditors will be paid as follows:

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $3,190.76 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Deborah J. Caruso, Trustee Fees | $814.08 | $0.00 | $814.08 |
| Deborah J. Caruso, Trustee Expenses | $113.40 | $0.00 | $113.40 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $927.48 |
| Remaining balance: | $2,263.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,263.28 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,263.28 |

**UST Form 101-7-TFR (5/1/2011)**

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $82,063.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Cavalry SPV I, LLC as assignee of | $1,079.02 | $0.00 | $29.75 |
| 3 | Quantum3 Group LLC as agent for | $2,355.17 | $0.00 | $64.95 |
| 4 | Wells Fargo Bank NA | $8,603.64 | $0.00 | $237.29 |
| 5 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | $798.10 | $0.00 | $22.01 |
| 6 | Capital One Bank (USA), N.A. by American InfoSource as Agent | $2,123.77 | $0.00 | $58.57 |
| 7 | Capital One NA | $1,343.57 | $0.00 | $37.06 |
| 8 | American InfoSource LP as agent for | $882.48 | $0.00 | $24.34 |
| 9 | eCAST Settlement Corporation assignee of | $3,886.74 | $0.00 | $107.20 |
| 10 | eCAST Settlement Corp. | $2,141.99 | $0.00 | $59.08 |
| 11 | eCAST Settlement Corp. | $5,657.90 | $0.00 | $156.04 |
| 12 | GE Capital Retail Bank | $6,611.57 | $0.00 | $182.35 |
| 13 | GE Capital Retail Bank | $4,891.99 | $0.00 | $134.92 |
| 14 | Deparatment of Education | $41,687.28 | $0.00 | $1,149.72 |

    Total to be paid to timely general unsecured claims:    $2,263.28
    Remaining balance:    $0.00

    Tardily filed claims of general (unsecured) creditors totaling $1,896.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 15 | Wells Fargo Financial National Bank | $1,896.79 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**